John D. Martin, Bar No. 92832
jmartin@martinmccormick.com
Kathy J. McCormick, Bar No. 101083
kmccormick@martinmccormick.com
MARTIN & McCORMICK
319 Harvard Avenue
Claremont, California 91711
Telephone: (909) 626-7894
Facsimile: (909) 626-7815
Defendant Home Approvals Direct, Inc. doing
business as Homefirst Mortgage Bankers

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHORE CAPITAL CORPORATION, HOME APPROVALS DIRECT, INC. DBA HOMEFIRST MORTGAGE BANKERS,<br><br>Defendants. | CASE NO. 8:23-cv-01974-FWS-JDE<br><br>ANSWER OF DEFENDANT HOME APPROVALS DIRECT DOING BUSINESS AS HOMEFIRST MORTGAGE BANKERS |

Defendant Home Approvals Direct, Inc. doing business as Homefirst Mortgage Bankers ("Home Approvals Direct") hereby answers the First Amended Complaint ("FAC") filed by Plaintiff Paul Sapan, individually and on Behalf of All Others Similarly Situated, as follows:

JURISDICTIONAL ALLEGATIONS

1. Answering paragraph 1, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of the FAC, and therefore denies the allegations therein.

2. Answering paragraph 2, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph

2 of the FAC, and therefore denies the allegations therein.

3.      Answering paragraph 3, Defendant Home Approvals Direct admits the allegations of paragraph 3 of the FAC.

4.      Answering paragraph 4, Defendant Home Approvals Direct admits that this case is filed pursuant to the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 et seq. ("TCPA"). The remaining allegations contained in said paragraph are legal conclusions to which no response is required.

5.      Answering paragraph 5, Defendant Home Approvals Direct denies the allegations contained in paragraph 5 of the FAC.

## NATURE OF THE ACTION

6.      Answering paragraph 6, the allegations contained said paragraph are conclusions of law to which no response is required.

7.      Answering paragraph 7, the allegations contained said paragraph are conclusions of law to which no response is required.

8.      Answering paragraph 8, Defendant Home Approvals Direct denies the allegations contained in paragraph 8 of the FAC.

9.      Answering paragraph 9, Defendant Home Approvals Direct denies the allegations contained in paragraph 9 of the FAC.

10.     Answering paragraph 10, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. To the extent the paragraph is alleging that Defendant Home Approvals Direct denies is an agent of "SHORE," Defendant Home Approvals Direct denies such allegations.

11.     Answering paragraph 11, Defendant Home Approvals Direct denies the allegations contained in paragraph 11 of the FAC.

12.     Answering paragraph 12, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 12 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the

Martin & McCormick
319 Harvard Avenue
Claremont, California 91711

allegations therein. To the extent the paragraph is alleging that Defendant Home Approvals Direct denies is an agent of "SHORE," Defendant Home Approvals Direct denies such allegations.

13. Answering paragraph 13, Defendant Home Approvals Direct denies the allegations contained in paragraph 13 of the FAC

14. Answering paragraph 14, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of the FAC, and therefore denies the allegations therein.

15. Answering paragraph 15, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

## FACTUAL DETAILS RE NAMED PLAINTIFF

16. Answering paragraph 16, Defendant Home Approvals Direct Answering paragraph 16, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

17. Answering paragraph 17, Defendant Home Approvals Direct Answering paragraph 17, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 17 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

18. Answering paragraph 18, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of the FAC, and therefore denies the allegations therein.

19. Answering paragraph 19, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of the FAC, and therefore denies the allegations therein.

20. Answering paragraph 20, the allegations therein are unintelligible. To the extent the allegation is directed to Defendant Home Approvals Direct, Defendant Home Approvals Direct denies the allegations therein. The remaining allegations are conclusions of law to which no response is required.

21. Answering paragraph 21, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 21 of the FAC, and therefore denies the allegations therein.

22. Answering paragraph 22, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 22 of the FAC, and therefore denies the allegations therein.

23. Answering paragraph 23, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 23 of the FAC, and therefore denies the allegations therein.

24. Answering paragraph 24, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 24 of the FAC, and therefore denies the allegations therein.

25. Answering paragraph 25, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 25 of the FAC, and therefore denies the allegations therein.

26. Answering paragraph 26, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 26 of the FAC, and therefore denies the allegations therein.

27. Answering paragraph 27, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 27 of the FAC, and therefore denies the allegations therein.

28. Answering paragraph 28, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 28 of the FAC, and therefore denies the allegations therein.

29. Answering paragraph 29, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 29 of the FAC, and therefore denies the allegations therein.

30. Answering paragraph 30, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 30 of the FAC, and therefore denies the allegations therein.

31. Answering paragraph 31, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 31 of the FAC, and therefore denies the allegations therein.

32. Answering paragraph 32, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of the FAC, and therefore denies the allegations therein.

33. Answering paragraph 33, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 33 of the FAC, and therefore denies the allegations therein.

34. Answering paragraph 34, Defendant Home Approvals Direct admits that Ahmad Kalkech was employed by Defendant Home Approvals Direct in October, 2019.

35. Answering paragraph 35, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 35 of the FAC, and therefore denies the allegations therein.

36. Answering paragraph 36, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 36 of the FAC, and therefore denies the allegations therein.

37. Answering paragraph 37, Defendant Home Approvals Direct denies the allegations contained in paragraph 37 of the FAC.

38. Answering paragraph 38, Defendant Home Approvals Direct Answering paragraph 38, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 38 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

39. Answering paragraph 39, Defendant Home Approvals Direct Answering paragraph 16, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 39 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

40. Answering paragraph 40, Defendant Home Approvals Direct Answering paragraph 40, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 40 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

41. Answering paragraph 41, Defendant Home Approvals Direct Answering paragraph 41, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 41 of the FAC and therefore denies the allegations therein.

42. Answering paragraph 42, Defendant Home Approvals Direct Answering paragraph 42, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 42 of the FAC and therefore denies the allegations therein.

43. Answering paragraph 43, Defendant Home Approvals Direct Answering paragraph 43, Defendant Home Approvals Direct is without sufficient information or knowledge to form a

belief as to the truth of the allegations contained in paragraph 43 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations. The reference to the federal statute in paragraph 43 is a conclusion of law to which no response is required.

44. Answering paragraph 44, Defendant Home Approvals Direct Answering paragraph 44, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 44 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

45. Answering paragraph 45, Defendant Home Approvals Direct Answering paragraph 45, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 45 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

46. Answering paragraph 46, Defendant Home Approvals Direct denies the allegations contained in paragraph 46 of the FAC.

47. Answering paragraph 47, Defendant Home Approvals Direct denies the allegations contained in paragraph 47 of the FAC.

48. Answering paragraph 48, Defendant Home Approvals Direct denies the allegations contained in paragraph 48 of the FAC.

49. Answering paragraph 49, Defendant Home Approvals Direct denies the allegations contained in paragraph 49 of the FAC.

50. Answering paragraph 50, Defendant Home Approvals Direct Answering paragraph 50, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 50 of the FAC with respect to the

allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

51. Answering paragraph 51, Defendant Home Approvals Direct Answering paragraph 51, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 51 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

### DIRECT LIABILITY OF HOME APPROVALS DIRECT

52. Answering paragraph 52, Defendant Home Approvals Direct Answering paragraph 52, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 52 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

53. Answering paragraph 53, Defendant Home Approvals Direct denies the allegations contained in paragraph 53 of the FAC.

54. Answering paragraph 54, Defendant Home Approvals Direct Answering paragraph 54, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 54 of the FAC and therefore denies the allegations therein.

55. Answering paragraph 55, Defendant Home Approvals Direct Answering paragraph 55, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations as to "who were on the [alleged] calls," therefore denies the allegations therein.

56. Answering paragraph 56, Defendant Home Approvals Direct denies the allegations contained in paragraph 56 of the FAC.

# AGENT LIABILITY ALLEGATIONS

57. Answering paragraph 57, Defendant Home Approvals Direct Answering paragraph 57, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 57 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

58. Answering paragraph 58, Defendant Home Approvals Direct Answering paragraph 58, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 58 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

59. Answering paragraph 59, Defendant Home Approvals Direct Answering paragraph 59, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 59 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

60. Answering paragraph 60, Defendant Home Approvals Direct Answering paragraph 60, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 60 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

61. Answering paragraph 61, Defendant Home Approvals Direct Answering paragraph 61, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 61 of the FAC with respect to the

allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

62. Answering paragraph 62, Defendant Home Approvals Direct Answering paragraph 62, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 62 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

63. Answering paragraph 63, Defendant Home Approvals Direct Answering paragraph 63, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 63 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

64. Answering paragraph 64, Defendant Home Approvals Direct Answering paragraph 64, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 64 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

## "ON BEHALF OF" LIABILITY ALLEGATIONS

65. Answering paragraph 65, Defendant Home Approvals Direct Answering paragraph 65, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 65 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations. The remaining allegations contained in this Paragraph are conclusions of law to

which no response is required.

66. Answering paragraph 66, the allegations contained in paragraph 66 are conclusions of law to which no response is required.

67. Answering paragraph 67, Defendant Home Approvals Direct Answering paragraph 67, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 67 f the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations. The remaining allegations contained in this Paragraph are conclusions of law to which no response is required.

68. Answering paragraph 68, Defendant Home Approvals Direct Answering paragraph 68, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 68 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations. The remaining allegations contained in paragraph 68 are conclusions of law to which no response is required.

69. Answering paragraph 69, Defendant Home Approvals Direct Answering paragraph 69, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 69 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations. The remaining allegations contained paragraph 69 are conclusions of law to which no response is required.

ACTUAL HARM & WILFUL AND KNOWING CONDUCT

70. Answering paragraph 70, the allegations contained in paragraph 70 are conclusions of law to which no response is required.

71. Answering paragraph 71, Defendant Home Approvals Direct Answering paragraph

1   71, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 71 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

72. Answering paragraph 72, Defendant Home Approvals Direct Answering paragraph 72, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 72 of the FAC and therefore denies the allegations therein.

73. Answering paragraph 73, Defendant Home Approvals Direct Answering paragraph 73, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 73 of the FAC and therefore denies the allegations therein.

74. Answering paragraph 74, Defendant Home Approvals Direct Answering paragraph 74, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 74 of the FAC and therefore denies the allegations therein.

75. Answering paragraph 75, Defendant Home Approvals Direct Answering paragraph 75, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 75 of the FAC and therefore denies the allegations therein.

76. Answering paragraph 76, Defendant Home Approvals Direct Answering paragraph 76, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 76 of the FAC and therefore denies the allegations therein.

77. Answering paragraph 77, Defendant Home Approvals Direct Answering paragraph 77, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 77 of the FAC and therefore denies

the allegations therein.

78. Answering paragraph 78, Defendant Home Approvals Direct Answering paragraph 78, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 78 of the FAC and therefore denies the allegations therein.

## CLASS ACTION ALLEGATIONS

79. Answering paragraph 79, the allegations contained in paragraph 79 are conclusions of law to which no response is required.

80. Answering paragraph 80, the allegations contained in paragraph 80 are conclusions of law to which no response is required.

81. Answering paragraph 81, the allegations contained in paragraph 81 are conclusions of law to which no response is required.

82. Answering paragraph 82, Defendant Home Approvals Direct denies the allegations contained in paragraph 82 of the FAC.

83. Answering paragraph 83, Defendant Home Approvals Direct denies the allegations contained in paragraph 83 of the FAC.

84. Answering paragraph 84, Defendant Home Approvals Direct denies the allegations contained in paragraph 84 of the FAC.

85. Answering paragraph 85, Defendant Home Approvals Direct denies the allegations contained in paragraph 85 of the FAC.

86. Answering paragraph 86, Defendant Home Approvals Direct denies the allegations contained in paragraph 86 of the FAC.

87. Answering paragraph 87, Defendant Home Approvals Direct denies the allegations contained in paragraph 87 of the FAC.

## FIRST CAUSE OF ACTION: TCPA VIOLATION
## CALL TO NUMBER ON THE NATIONAL "DO-NOT-CALL" REGISTRY

88. Answering paragraph 88 of the FAC, Defendant Home Approvals Direct incorporates by reference, as thought set forth in full, paragraphs 1 through 87, inclusive of this Answer.

89. Answering paragraph 89, the allegations contained in paragraph 89 are conclusions of law to which no response is required.

90. Answering paragraph 90, the allegations contained in paragraph 90 are conclusions of law to which no response is required.

91. Answering paragraph 91, Defendant Home Approvals Direct Answering paragraph 91, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 91 of the FAC and therefore denies the allegations therein.

92. Answering paragraph 92, Defendant Home Approvals Direct Answering paragraph 92, Defendant Home Approvals Direct is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 92 of the FAC with respect to the allegations directed to "SHORE," and therefore denies the allegations therein. With regard to the allegations against Defendant Home Approvals Direct, Defendant Home Approvals Direct denies such allegations.

93. Answering paragraph 93, the allegations contained in paragraph 90 are conclusions of law to which no response is required.

With regard to Plaintiff's Prayer for Relief, Defendant Home Approvals Direct denies that Plaintiff is entitled to any of the damages requested.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein, fails to state facts sufficient to constitute a cause of action against Defendant Home Approvals Direct.

### SECOND AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein is barred by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein is barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein is barred because Plaintiff, by his own conduct is estopped from recovering any relief from Defendant home Approvals Direct.

### FIFTH AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein is barred because Plaintiff, by his own conduct, waived any right to assert the claims set forth in the FAC.

### SIXTH AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein is barred because Plaintiff, by his own conduct consented to the contact alleged in the FAC.

### SEVENTH AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein is barred because Plaintiff, by his own conduct, ratified the contact alleged in the FAC.

### EIGHTH AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein is barred because Plaintiff failed to mitigate his damages.

### NINTH AFFIRMATIVE DEFENSE

The damages alleged in the FAC were caused, not by Defendant Home Approvals Direct, but by a third party whose conducts was not approved, ratified, or controlled by Defendant Home Approvals Direct.

### TENTH AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action therein its barred by Plaintiff's lack of standing to assert an individual claim or to assert the claims of others.

### ELEVENTH AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein, does not state facts sufficient to certify a class.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff is not a proper representative of the class he purport's to represent.

///

THIRTEENTH AFFIRMATIVE DEFENSE

The FAC, and each purported cause of action alleged therein, is barred in whole or in part by the applicable statutes of limitations.

WHEREFORE, Defendant Home Approvals Direct prays for Judgment against the Plaintiff as follows:

1. That Plaintiff be granted no relief in the action against Defendant Home Approvals Direct;
2. That Judgment be entered in favor of Defendant Home Approvals Direct and against Plaintiff on the First Amended Complaint;
3. That Defendant Home Approvals Direct be awarded their costs of suit, including attorneys' fees; and
4. For such other and further relief as the Court may deem just and proper.

DATED: March 28, 2024          MARTIN & McCORMICK

By: s/ Kathy J. McCormick
John D. Martin
Kathy J. McCormick
Attorneys for Defendant
Home Approvals Direct, Inc. dba
Homefirst Mortgage Bankers