NOTE: CHANGES MADE BY COURT

# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SHORE CAPITAL CORPORATION, HOME APPROVALS DIRECT, INC. DBA HOME FIRST MORTGAGE BANKERS,<br><br>Defendants. | Case 8:23-cv-01974-FWS-JDE<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [50]** |

///

///

///

**ORDER**

Having reviewed and considered the Stipulation of Dismissal with Prejudice [50] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. Plaintiff Paul Sapan's individual claims in the above-captioned action are **DISMISSED WITH PREJUDICE**;

2. The claims of the putative class members in the above-captioned action are **DISMISSED WITHOUT PREJUDICE**;

3. Each party is to bear its own fees and costs; and

4. The court retains jurisdiction to enforce the Parties' settlement agreement until and including **August 27, 2025**.

**IT IS SO ORDERED**.

Dated: April 29, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE